George R. KELLY, Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, California, Appellee.

No. 9464.

Circuit Court of Appeals, Ninth Circuit.

March 25, 1940.

George R. Kelly, in pro. per.

No other appearance entered.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellant for dismissal of the appeal herein, and good cause therefor appearing, ordered motion granted, and appeal dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

William C. McDUFFIE, as Receiver of Richfield Oil Company, et al. v. The COUNTY Of KERN, State of California, a Public Corporation.

Nos. 9470, 9471.

Circuit Court of Appeals, Ninth Circuit.

March 18, 1940.

Gibson, Dunn & Crutcher, and Ira C. Powers, all of Los Angeles, Cal., for appellants.

Thomas Scott, Dist. Atty., and W. A. McGinn, Asst. Dist. Atty., both of Bakersfield, Cal., for appellee.

Before WILBUR, DENMAN, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in each of above causes dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in each cause issue forthwith.

TRINITY UNIVERSAL INSURANCE COMPANY v. The DEEP ROCK ARTESIAN WATER & BOTTLING COMPANY et al.

No. 1997.

Circuit Court of Appeals, Tenth Circuit.

March 20, 1940.

W. A. Alexander and Cecil M. Draper, both of Denver, Colo., for appellant.

Dudley W. Strickland, Jerome R. Strickland, and Rothgerber & Appel, all of Denver, Colo., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed per stipulation.

UNITED STATES of America, ex rel. THEOCHARS DRACHMOS or Drachmas or Harry George Drachmos or Harry Damas or Damos or Damis, Relator-Appellant, v. J. L. HUGHES, U. S. Commissioner of Immigration for the Port of Philadelphia, or Whosoever May Have Custody of the Body of the Above Relator, Respondent-Appellee.

No. 7298.

Circuit Court of Appeals, Third Circuit.

March 18, 1940.

Albert P. Morwitz, of Camden, N. J., for appellant.

John J. Quinn, U. S. Atty., and Thorn Lord, Asst. U. S. Atty., both of Trenton, N. J., for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The order of the district court is affirmed upon the opinion of Judge Avis, 26 F.Supp. 192.